CÓRDOVA, RECURRENTE, *v.* EL REGISTRADOR DE ARECIBO, RECURRIDO.

Recurso gubernativo contra nota del Registrador de la Propiedad de Arecibo sobre inscripción de una escritura de compraventa.

No. 227.—Resuelto en abril 29, 1915.

RECURSO GUBERNATIVO—NOTA ANTERIOR CONSENTIDA—FALTA DE JURISDICCIÓN.—
Cuando lo hecho constar en la nota recurrida es una consecuencia de lo que aparece del registro en nota anterior consentida, carece esta corte de

jurisdicción en un recurso gubernativo para decidir si el derecho del comprador y por consiguiente el del vendedor debió haberse inscrito sin limitación alguna.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Manuel Paz Urdaz.*

El Registrador recurrido Sr. José Marcial López comparició en nombre propio.

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

Presentada para su inscripción en el Registro de la Propiedad de Arecibo una escritura pública otorgada el 10 de junio de 1907, por virtud de la cual Pantaleón Soto y sus cuatro hijos León, Facundo, Evangelista y Feliciano Soto y Picón vendieron a Francisco S. Córdova las participaciones indeterminadas que tenían en dos fincas que formaron segregándolas de otras de mayor extensión que en las mismas condiciones les pertenecían, el registrador accedió a lo solicitado, pero hizo la inscripción en la siguiente forma:

"Inscrito este documento allí donde indican las notas puestas al margen de la descripción de cada una de las fincas quedando sujetas dichas inscripciones al resultado de la liquidación de la sociedad conyugal de Don Pantaleón Soto y Doña María Picón. Arecibo, 13 marzo 1915. José Marcial López, registrador."

El comprador Francisco S. Córdova alegando que lo hecho constar por el registrador equivalía a un defecto subsanable, interpuso contra la nota el presente recurso gubernativo limitándolo luego a una sola de las fincas.

Dado traslado al registrador, lo evacuó consignando en su informe que del registro resultaba que: "Por fallecimiento de Doña María Picón y Rojas fueron declarados herederos abintestato de la misma sus legítimos hijos León, Facundo, Evangelista y Feliciano Soto y Picón y su viudo Pantaleón Soto y Picón, en la cuota legal correspondiente, cuyos interesados inscribieron su derecho hereditario en común y proindiviso sobre la referida finca número 1981, haciéndose constar que tal inscripción quedaba sujeta al resultado de

la liquidación de la sociedad conyugal de la causante con Pantaleón Soto Picón.''

Quiere decir que, según lo consignado por el registrador, la nota puesta al pie de la escritura de 1907 es una consecuencia de lo hecho constar en el registro al inscribirse el derecho de los vendedores.

.Siendo esto así, opinamos que debe confirmarse la nota recurrida sin entrar a considerar en su fondo la cuestión legal envuelta en la misma, por carecer esta corte de jurisdicción para ello dentro de este recurso gubernativo.

El estado de derecho creado por la inscripción de la declaratoria de herederos a favor de los vendedores, fué por éstos consentido. Y ni los vendedores que consintieron la nota anterior, ni el comprador que adquirió la finca en la forma en que aparecía inscrita en el registro, pueden ahora obtener que se resuelva, por medio de un recurso gubernativo, si el derecho del comprador y por consiguiente el de los vendedores debió haberse registrado sin limitación alguna.

Debe declararse el recurso sin lugar. ·

*Confirmada la nota recurrida.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, Aldrey y Hutchison.